UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:  
RUDOLPH REID,                                       :

                    Plaintiff,     :

                        :                 20-cv-7372 (LJL)

       -v-                     :

                        :                  ORDER

CITIBANK, N.A.,                         :

                    Defendant.   :

                        :
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___1/8/2021___

LEWIS J. LIMAN, United States District Judge:

The Court is in receipt of Defendant's motion to compel arbitration.  Dkt. No. 18. Plaintiff is ordered to inform the Court by January 13, 2021 at 5:00 p.m. whether it intends to oppose the motion.

SO ORDERED.

Dated: January 8, 2021
      New York, New York                                      LEWIS J. LIMAN
                                                United States District Judge