UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
RUDOLPH REID,                                        :
:
              Plaintiff,              :
:      20-cv-7372 (LJL)
-v-                                             :
:      <u>ORDER</u>
CITIBANK, N.A.,                                      :
:
              Defendant.              :
:
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      On January 14, 2021, the Court granted the Defendant's unopposed motion to compel arbitration and stayed the case pending the completion of arbitration. Dkt. No. 24. Since that date, there have been no filings on the docket from either party. It is hereby ORDERED that, by June 10, 2022 the parties shall jointly submit an update on the status of the arbitration and shall submit status updates every six months thereafter.

      SO ORDERED.

Dated: May 10, 2022
      New York, New York                                   _____
                                                                 LEWIS J. LIMAN
                                                           United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/10/2022